```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 48189
   DIANNE R MORRIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6224
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 10/11/2005 and was confirmed 01/05/2006.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 100.00% from remaining funds.

The case was dismissed after confirmation 09/18/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HERITAGE ACCEPTANCE CORP | SECURED | 4000.00 | 386.79 | 4000.00 |
| QUICK AUTO INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1096.98 | .00 | 491.62 |
| CB USA | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 4435.00 | .00 | 1987.58 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| METHODIST ER PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN REVENUE CORP | UNSECURED | 334.63 | .00 | 138.78 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| HODGES & DAVIS PC | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN MEDICAL CE | UNSECURED | NOT FILED | .00 | .00 |
| HERITAGE ACCEPTANCE CORP | UNSECURED | 2506.30 | .00 | 1123.23 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| STEFANS STEFANS & STEFAN | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 655.69 |
| DEBTOR REFUND | REFUND | | | 12.15 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 10,995.84 | |
| PRIORITY | | .00 |
| SECURED | | 4,000.00 |
|    INTEREST | | 386.79 |
| UNSECURED | | 3,741.21 |

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 48189 DIANNE R MORRIS

```
ADMINISTRATIVE                                         2,200.00
TRUSTEE COMPENSATION                                     655.69
DEBTOR REFUND                                             12.15
                                  ---------------  ---------------
TOTALS                                  10,995.84        10,995.84
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE